UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:13-cr-43-01 SEB-DML |
| vs. | ) | 1:13-cr-86-01 SEB-DML |
| | ) | |
| SHAWN DeWAYNE CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

Having reviewed Magistrate Judge Baker's Report and Recommendation at Docket No. 12 recommending that Defendant's supervised release be revoked, and observing that Defendant has waived his right to serve and file written objections to said report, the Court now approves and adopts the Report and Recommendation as the order of the Court.  Accordingly, Defendant is ordered to serve a term of imprisonment of 12 months and one day on both of the above-captioned cause numbers, to be served concurrently, in the custody of the Attorney General or his designee. Upon Defendant's release from prison, he shall then be subject to a term of supervised release of 2 years with the additional condition that he reside up to 90 days in a halfway house at the discretion of his probation officer.

IT IS SO ORDERED.

Date:  09/17/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Brad Shepard
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204

USPO
Shelly McKee
46 E. Ohio St., Room 101
Indianapolis, IN 46204

William Dazey
INDIANA   FEDERAL   COMMUNITY
DEFENDERS
111 Monument Circle
Suite 752
Indianapolis, IN 46204